```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    VALERIE L. MAKAREWICZ
 4  Assistant United States Attorney
    SBN 229637
 5    Room 7211, Federal Building
      300 North Los Angeles Street
 6    Los Angeles, California  90012
      Telephone:  (213) 894-2729
 7    Facsimile:  (213) 894-0115
      Email: valerie.makarewicz@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. SACV 11-1116-AG(RNBx) |
|---|---|
| Petitioner, | ) ORDER TO SHOW CAUSE |
| vs. | ) |
| BILLY D. PHELAN III, | ) |
| Respondent. | ) |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summonses. *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also* Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1 1995) (the Government's *prima facie* case is typically made
2 through the sworn declaration of the IRS agent who issued the
3 summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233
4 (9th cir. 1993).

5     **THEREFORE**, **IT IS ORDERED** that Respondent appear before this
6 District Court of the United States for the Central District of
7 California in Courtroom No. 10D, Ronald Reagan Federal Building
8     and United States Courthouse 411 West Fourth Street, Santa
9     Ana, California 92701 on October 24, 2011, at 9:00 a.m. and
10 show cause why the testimony and production of books, papers,
11 records and other data demanded in the subject Internal Revenue
12 Service summonses should not be compelled.

13 **IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum
14 of Points and Authorities, and accompanying Declaration be served
15 promptly upon Respondent by any employee of the Internal Revenue
16 Service or by the United States Attorney's Office, by personal
17 delivery, or by leaving copies of each of the foregoing documents
18 at the Respondent's dwelling or usual place of abode with someone
19 of suitable age and discretion who resides there, or by certified
20 mail.

21 **IT IS FURTHER ORDERED** that within ten (10) days after service upon
22 Respondent of the herein described documents, Respondent shall
23 file and serve a written response, supported by appropriate sworn
24 statements, as well as any desired motions.  If, prior to the
25 return date of this Order, Respondent files a response with the
26 Court stating that Respondent does not desire to oppose the
27 relief sought in the Petition, nor wish to make an appearance,
28 then the appearance of Respondent at any hearing pursuant to this

1  Order to Show Cause is excused, and Respondent shall be deemed to
2  have complied with the requirements of this Order.
3  **IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings
4  will be considered on the return date of this Order.  Only those
5  issues raised by motion or brought into controversy by the
6  responsive pleadings and supported by sworn statements filed
7  within ten (10) days after service of the herein described
8  documents will be considered by the Court.  All allegations in
9  the Petition not contested by such responsive pleadings or by
10 sworn statements will be deemed admitted.
11
12       DATED: September 1, 2011
13 _____
14                                          United States District Judge
                                             Andrew J. Guilford